FILED

08/09/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0366

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 24-0366

STATE OF MONTANA,

Plaintiff and Appellee,

v.

ZACKERY ROBERT BAKER,

Defendant and Appellant.

**GRANT**

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until September 16, 2024, to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
August 9 2024